UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CEDRIC BISHOP, on behalf of himself and all other persons similarly situated,

        Plaintiff,

-against-

WOODSTREAM CORPORATION,

        Defendant.

25-CV-7298 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff filed proof of service on November 17, 2025, indicating that service was effected on October 2, 2025, and that the response to the Complaint was due on October 23, 2025. (*See* ECF 8.) Defendant has not responded to the Complaint. Defendant's time to respond to the Complaint is extended nunc pro tunc until **December 1, 2025**.

By **November 21, 2025**, Plaintiff shall serve a copy of this order on Defendant by mail at Defendant's principal place of business, identified in the Complaint as 29 E. King Street, Lancaster, PA 17602, and by email to all of Defendant's email addresses known to Plaintiff. Plaintiff shall file proof of such service on the docket by **November 21, 2025**. Defendant is admonished that failure to respond to the Complaint may result in Plaintiff being directed to begin the process of seeking a default judgment against Defendant.

DATED: November 18, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge