UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, on behalf of himself and all other persons similarly situated,<br><br>                    Plaintiff,<br><br>          -against-<br><br>WOODSTREAM CORPORATION,<br><br>                    Defendant. | |

25-CV-7298 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff filed proof of service on November 17, 2025, indicating that service was effected on October 2, 2025, and that the response to the Complaint was due on October 23, 2025. (*See* ECF 8, Aff. of Serv.) Defendant did not respond to the Complaint by October 23, 2025.

On November 18, 2025, I ordered Plaintiff, by November 21, 2025, to serve on Defendant a copy of the November 18, 2025 order; Plaintiff was directed to serve Defendant at its principal place of business and by all of Defendant's email addresses known to Plaintiff. (*See* ECF 9, Order.) I extended Defendant's time to respond to the Complaint to December 1, 2025. (*See id.*) On November 21, 2025, Plaintiff filed proof of service of the November 18, 2025 order. (ECF 10, Certificate of Serv.) To date, Defendant has not responded to the Complaint. Defendant's time to respond to the Complaint is extended nunc pro tunc until **December 12, 2025.**

By **December 5, 2025**, Plaintiff shall serve a copy of this order on Defendant by mail at Defendant's principal place of business, identified in the Complaint as 29 E. King Street,

Lancaster, PA 17602, and by email to all of Defendant's email addresses known to Plaintiff.

Plaintiff shall file proof of such service on the docket by **December 5, 2025.** Defendant is

admonished that failure to respond to the Complaint may result in Plaintiff being directed to

begin the process of seeking a default judgment against Defendant.

DATED:  December 4, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge